IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ST. REGIS AT HURRICANE LAKE, LLC                                              PLAINTIFF

v.                                    Case No. 4:24CV00667 JM

NATIONWIDE GENERAL INSURANCE COMPANY                                DEFENDANT

## ORDER

Pending is Defendant's motion for summary judgment. (Docket #24). Plaintiff has filed a response and the Defendant has filed a reply.

Defendant argues that it is entitled to summary judgment on Plaintiff's breach of contract claim because the damage to the roofs at issue did not commence during the policy period. Plaintiff has presented sufficient evidence to create a genuine issue of material fact precluding the entry of summary judgment.

Accordingly, Defendant's motion, docket # 24 is DENIED.

IT IS SO ORDERED this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE